IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ARCSTAR INDUSTRIES, INC., PRT ENTERPRISES, INC., and PAR-U MINING & DEVELOPMENT CORPORATION,<br><br>Defendants. | C.A. No. 1:09-CV-01625-RMU |

## STIPULATION OF DISMISSAL

Plaintiffs, Trustees of the United Mine Workers of America 1974 Pension Plan, and Defendants Arcstar Industries, Inc., PRT Enterprises, Inc., and Par-U Mining & Development Corporation, by undersigned counsel, hereby stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii), each side to bear its own costs.

| | |
|---|---|
| /s/ | /s/ |
| Jonathan Sokolow, D.C. Bar No. 457267 | John R. Woodrum, D.C. Bar No. 933457 |
| UMWA 1974 Pension Plan | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| Office of the General Counsel, Suite 350 | 2400 N Street, N.W., Fifth Floor |
| 2121 K Street, NW | Washington, DC  20037 |
| Washington, DC   20037-1801 | Phone: (202) 887-0855 |
| Phone: (202) 521-2238 | john.woodrum@ogletreedeakins.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

2

IT IS SO ORDERED:

_____
United States District Judge

2